UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENFOOT INC., a Canadian corporation, | |
| Plaintiff, | Case No. 2:11-cv-01763-GMN-GWF |
| vs. | **ORDER** |
| ATSCO FOOTWEAR INC., a Massachusetts corporation and ATSCO FOOTWEAR LLC, a Massachusetts limited liability company, | Motion for Order Extending Period of Time for Service of Process (#5) |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for Order Extending Period of Time for Service of Process (#5), filed on February 24, 2012. Plaintiff states that it is conducting extensive settlement negotiations with the Defendants in an attempt settle this case prior to litigation. Plaintiff therefore requests an extension of sixty days to serve Defendants Atsco Footwear, Inc and Atsco Footwear LLC. The Court finds Plaintiff has demonstrated good cause for an extension of time to serve Defendants. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Extending Period of Time for Service of Process (#5) is **granted**. Plaintiff shall have until **Monday, April 30, 2012**, to perfect service on Defendants.

DATED this 28th day of February, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge