1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7
8   GENFOOT INC., a Canadian corporation,        )
                                                 )
9                        Plaintiff,              )        Case No.  2:11-cv-01763-GMN-GWF
                                                 )
10  vs.                                          )        **ORDER**
                                                 )
11  ATSCO FOOTWEAR INC., a Massachusetts         )        Motion for Order Extending
    corporation and ATSCO FOOTWEAR LLC, a        )        Period of Time for Service of
12  Massachusetts limited liability company,     )        Process (#7)
                                                 )
13                       Defendants.             )
                                                 )
    _____)
14
15          This matter comes before the Court on Plaintiff's Motion for Order Extending Period of

16  Time for Service of Process (Second Request) (#7), filed on April 24, 2012.  Plaintiff states that it

17  is conducting extensive settlement negotiations with the Defendants in an attempt to settle this case

18  prior to litigation.  Plaintiff  therefore requests an extension of thirty days to serve Defendants

19  Atsco Footwear, Inc and Atsco Footwear LLC.   The Court finds Plaintiff has demonstrated good

20  cause for an extension of time to serve Defendants.  Accordingly,

21          **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Extending Period of Time

22  for Service of Process (#7) is **granted**.  Plaintiff shall have until **Monday, May 21, 2012**, to perfect

23  service on Defendants.

24          DATED this 25th day of April, 2012.

25

26          _George Foley Jr._____
            GEORGE FOLEY, JR.
27          United States Magistrate Judge

28