1  MATTHEW C. ADDISON, ESQ.
   Nevada Bar No. 4201
2  AMANDA C. YEN, ESQ.
   Nevada Bar No. 9726
3  McDONALD CARANO WILSON LLP
4  2300 West Sahara Avenue, Suite 1000
   Las Vegas, Nevada 89102
5  Telephone: (702) 873-4100
   Facsimile:  (702) 873-9966
6  maddison@mcdonaldcarano.com
7  ayen@mcdonaldcarano.com

8  *Attorneys for Plaintiff GENFOOT INC.*

9              **UNITED STATES DISTRICT COURT**

10               **DISTRICT OF NEVADA**

11  GENFOOT INC., a Canadian corporation,       CASE NO.: 2:11-cv-01763-GMN-GWF

12              Plaintiff

13  vs.                                         **CONSENT JUDGMENT AND**
                                                **PERMANENT INJUNCTION**
14  ATSCO FOOTWEAR INC., a Massachusetts
    corporation; and, ATSCO FOOTWEAR LLC,
15  a Massachusetts limited liability company,

16              Defendants.

17

18          Plaintiff GENFOOT INC. ("Plaintiff") and defendants ATSCO FOOTWEAR INC. and

19  ATSCO FOOTWEAR LLC, (collectively "Defendants"), having settled this action by

20  Agreement and Release on the terms and conditions stated therein, and having requested entry

21  by their signatures below of this Consent Judgment and Permanent Injunction, it is hereby

22  ORDERED, ADJUDGED and DECREED as follows:

23          1.      This is an action for patent infringement in connection with U.S. Patent No.

24  6,237,252 (the "252 Patent").  Plaintiff alleges that Defendants infringed said '252 Patent by

25  their sale of certain infringing products, which utilize a closure device (the "Atsco Closure"),

26  referenced in the Complaint (dkt. 1) and identified more specifically in the Agreement and

27  Release, which embodies each element of at least one of the claims of the '252 Patent.

28

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1000 · LAS VEGAS, NEVADA
PHONE (702)873-4100 · FAX (702) 873-9966

1   2.   For purposes of this action only, Defendants admit that subject matter jurisdiction

2   exists and that personal jurisdiction lies over it. Defendants waive any objections regarding

3   sufficiency of process or the sufficiency of service of process in this action.

4   3.   Defendants admit that they sold certain products that infringed the '252 Patent.

5   4.   Defendants, and their officers, agents, servants and employees, and all persons in

6   active concert or participation with it, during the life of the '252 Patent, are hereby permanently

7   enjoined from (i) making, selling, or offering for sale the Atsco Closure or otherwise infringing

8   the '252 Patent; (ii) assisting, aiding or abetting any other person or entity in the sale or offer for

9   sale of the Atsco Closure or otherwise infringing the '252 Patent.

10   5.   By agreement of the parties, no other relief, monetary or otherwise, is requested

11   or granted, and there is no award of costs or attorneys' fees. There being no just reason for

12   delay, the entry of this consent judgment by the United States District Court constitutes entry of

13   final judgment in this action.

14   6.   The Court shall retain jurisdiction to enforce this Consent Judgment and

15   Permanent Injunction. If Defendants shall be alleged to have breached the terms of this Consent

16   Judgment and Permanent Injunction, Plaintiff shall have the right to reopen this matter upon

17   motion filed and heard on an expedited basis.

18   . . .

19   . . .

20   . . .

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

Page 2 of 3

1    The individuals executing this Judgment represent or confirm that they are duly

2    authorized to do so, and are similarly authorized to bind each of the signatories to this Judgment.

3

4    CONSENTED TO:

5

6    DATED: 5/18/12

7    McDONALD CARANO WILSON LLP

8

9    By: _____

10   MATTHEW C. ADDISON (#4201)
     AMANDA C. YEN (#9726)

11   2300 West Sahara Avenue, Suite 1000
     Las Vegas, Nevada 89102

12

13   *Attorneys for Plaintiff*

14

15

16   Approved as to form and content:

17   DATED: _____

18

19   ATSCO FOOTWEAR INC.
     ATSCO FOOTWEAR LLC

20   By: _____

21   Title: _____
     DATED: _____

22

23

24   **DATED** this 18th day of May, 2012.

25

26   _____

27   Gloria M. Navarro
     United States District Judge

28

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1000 · LAS VEGAS, NEVADA
PHONE (702)873-4100 · FAX (702) 873-9966